IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFERY BROADWAY,

      Petitioner,                  No. CIV S-06-1862 LKK EFB P

   vs.

STATE OF CALIFORNIA,

      Respondent.              O R D E R

_____/

     Petitioner, a prisoner without counsel, seeks a writ of habeas corpus. See 28 U.S.C. 2254.

     To pursue a habeas corpus proceeding, a petitioner must pay the $5 filing fee required by 28 U.S.C. § 1914(a) or request leave of court to proceed *in forma pauperis* and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).

     Petitioner has neither paid the fee nor submitted an application for leave to proceed in forma pauperis.

     Within 30 days from the date this order is signed, petitioner may submit either the filing fee or the application required by section 1915(a). The Clerk of the Court is directed to mail to petitioner a form application for leave to proceed *in forma pauperis*.

////

1 | Failure to comply with this order will result in a recommendation that this action be
2 | dismissed.
3 | So ordered.
4 | Dated: August 30, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

\broa1862.ord to pay or seek ifp